## CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-2404-JFW(PLAx)** | Date: March 31, 2020 |
| Title: | X17 Inc., et al. -v- Hiscox Insurance Company, Inc. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

Pursuant to the Court's Scheduling and Case Management Order filed on May 21, 2019, the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by March 26, 2020. Plaintiffs X17, Inc. and Fracois Navarre ("Plaintiffs") have violated the Court's Order by failing to file *any* of the required Pre-Trial Documents.

As a result of Plaintiffs' violation of the Court's Order, this action is **DISMISSED without prejudice**. *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pretrial Conference scheduled for April 10, 2020, the hearing on motions in limine scheduled for April 17, 2020, and the trial scheduled for April 28, 2020 are hereby **VACATED**.

IT IS SO ORDERED.